Grace Y. Horoupian (SBN 180337)
E-Mail: ghoroupian@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Drew M. Tate (SBN 312219)
E-Mail: dtate@fisherphillips.com
FISHER & PHILLIPS LLP
444 S. Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
DAISY HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESHNI LATA, an individual, | Case No: 2:22-cv-00475-WBS-JDP |
| Plaintiff, | |
| v. | **ORDER RE JOINT STIPULATION TO ARBITRATE** |
| DAISY HOLDINGS, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendant. | |

## ORDER

Pursuant to the Parties' Joint Stipulation to Arbitrate filed on May 27, 2022, this matter is stayed, with the Court retaining jurisdiction to enforce the Parties' Joint Stipulation to binding arbitration and any arbitration award rendered therefrom.

All scheduled hearings in this matter are vacated. The parties shall file a joint status report no later than five days after completion of any arbitration proceedings.

**IT IS SO ORDERED.**

Dated: May 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE