1  Grace Y. Horoupian (SBN 180337)
E-Mail:  ghoroupian@fisherphillips.com
2  FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
3  Irvine, California 92614
Telephone: (949) 851-2424
4  Facsimile: (949) 851-0152

5  Drew M. Tate (SBN 312219)
E-Mail:  dtate@fisherphillips.com
6  FISHER & PHILLIPS LLP
444 S. Flower Street, Suite 1500
7  Los Angeles, California 90071
Telephone: (213) 330-4500
8  Facsimile: (213) 330-4501

9  Attorneys for Defendant
DAISY HOLDINGS, LLC
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SALESHNI LATA, an individual, | Case No:   2:22-cv-00475-WBS-JDP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| DAISY HOLDINGS, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: March 14, 2022<br>Trial Date:         Not Set |
| Defendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL
FP 50720446.1

The Court, having considered the Parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **GRANTS** the Joint Stipulation and **DISMISSES WITH PREJUDICE** this action in its entirety as to each Party and each cause of action. Each Party shall bear its own costs and attorneys' fees.

The Clerk of the Court **SHALL CLOSE** the case.

**IT IS SO ORDERED.**

Dated:  June 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

2

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

FP 50720446.1